THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **TRISHA L. WRIGHT,**<br><br>    Plaintiffs,<br><br>v.<br><br>**METLIFE INSURANCE COMPANY USA, INC.**, a Delaware Corporation, **PELNIK INSURANCE OF CARY, NC, INC.**, and **C.W. BURKE,**<br><br>    Defendant. | Civil Action No. 5:17-cv-00014-FL<br><br>ORDER |

    This cause coming to be heard upon request by Defendant MetLife Insurance Company USA, Inc., with consent of Plaintiff as well as co-defendants Pelnik Insurance of Cary, NC, Inc., and C.W. Burke, and the parties having advised the Court that Metropolitan Life Insurance Company, rather than MetLife Insurance Company USA, Inc., issued Group Policy Number TM 05910791-G, which is the subject matter of this action, and is the proper defendant in this case, said parties have further agreed that a substitution of parties can be made without the necessity of Plaintiff filing an amended complaint.

    Based on the foregoing, and with the consent of all parties, it is ORDERED as follows:

    (a) Metropolitan Life Insurance Company is hereby substituted for MetLife Insurance Company USA, Inc., as the named defendant in this action; and

(b) It shall not be necessary for Plaintiff to file an amended complaint; rather, all references in Plaintiff's Complaint to "MetLife Insurance Company USA, Inc.," or "Defendant MetLife" shall be deemed references to Metropolitan Life Insurance Company;

(c) In addition, service which has previously been made upon MetLife Insurance Company USA, Inc. shall be deemed proper service on Metropolitan Life Insurance Company.

IT IS SO ORDERED.

This the 17th day of January, 2017.

LOUISE W. FLANAGAN
United States District Judge